No. 80–6306. DRUMMOND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6316. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–495. LESTER ET UX. *v.* ANDERSON, EXECUTRIX. Ct. App. La., 3d Cir. Motion of Consumer Federation of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.